IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALFORD JEFFERY**                                                    **PLAINTIFF**

v.                        CASE NO. 4:25-CV-00951-BSM

**DOE**                                                               **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of October, 2025.


_____
UNITED STATES DISTRICT JUDGE